UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 FEB 14 PM 2:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

EVERETT WILLIAMS,

    Plaintiff,

vs.

UNITED STATES NAVY,

    Defendant.

CASE NO. 2006CV1493-R(JMA)

JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to defendant(s) **UNITED STATES NAVY** (with) (without) prejudice, for want of prosecution.

DATED: FEBRUARY 12, 2007

JOHN S. RHOADES
UNITED STATES DISTRICT JUDGE

ENTERED ON _____